BEN BIMBERG & Co., INC., and Others, Plaintiffs, *v.* UNITY COAT
& APRON Co., INC., Defendant.*

Supreme Court, New York County, May 3, 1933.

*Murray A. Myerson,* for the plaintiffs.

*Moos, Nathan, Imbrey & Levine,* for the defendant.

SCHMUCK, J. Motion denied. Section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice can avail the defendant naught. The complaint states facts establishing a violation of section 44 of the Personal Property Law. Alleging that a sale was made of fixtures, machinery, merchandise, delivery trucks and established good will, it predicates a sale in bulk within the meaning of section 44 of the Personal Property Law. Regardless of the interpretation and definition of what constitutes a sale in bulk by foreign jurisdictions, and considering the rule laid down by the appellate courts in this State, it would seem that the complaint alleging a sale in bulk of an entire business together with the fixtures, machinery and good will shows a sale within section 44. (*Mott* v. *Reeves,* 125 Misc. 511.)